# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-156 (JDB) |
| : | |
| STEPHEN AYRES and : | |
| MATTHEW PERNA, : | |
| : | |
| Defendants. : | |

## STATUS REPORT

The United States of America, by its undersigned counsel and in accordance with the Court's March 9, 2021 Order, hereby provides the Court with this Status Report. The Government states as follows:

1. On March 30, 2021, the Court entered a Protective Order governing discovery in this case (Doc. 24).

2. The Government began providing "informal discovery" in this case on March 11, 2021. See Doc. 25. The Government hopes to have the remaining "informal discovery" (the results of the search of a cell phone and a video from inside the Capitol) to defense counsel by April 9, 2021. In this case, the "informal discovery" represents the material in possession of undersigned counsel and the agents assigned to this case. Undersigned counsel is not aware if the defendants appear in the additional video/audio materials.

3. The Government will continue to provide discovery to the defendants in accordance with Rule 16 and the Court's Protective Order.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        DC Bar No. 415793

By:    /s/ Nihar R. Mohanty
        NIHAR R. MOHANTY
        Assistant United States Attorney
        D.C. Bar No. 436-686
        United States Attorney's Office for the
        District of Columbia
        555 4th Street, N.W.
        Room 4120
        Washington, D.C. 20530
        (202) 252-7700
        Nihar.Mohanty@usdoj.gov