AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00154 |
| STEPHEN MICHAEL AYRES | ) Assigned to: Judge Robin M. Meriweather |
|  | ) Assign Date: 1/22/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* |  |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **STEPHEN MICHAEL AYRES**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1512(c)(2) Obstruction of Justice/Congress
18 USC 1752(a) Unlawful Entry into Restricted Buildings or Grounds
40 USC 5104(e)(2) Violent Entry or Disorderly Conduct on Capitol Grounds

Date: 01/22/2021

2021.01.22 16:03:09 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/22/2021, and the person was arrested on *(date)* 01/25/2021
at *(city and state)* WARREN, OHIO.

Date: 01/25/2021

*Arresting officer's signature*

Task Force Officer Erik Souders
*Printed name and title*