## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :

                         :

    **v.**                                1:21-cr-156

                         :

**STEPHEN AYRES**           :

## **NOTICE OF FILING**

      Undersigned counsel, on behalf of Stephen Ayres, respectfully submits the attached for filing in the docket.

                                       Respectfully submitted,

                                       A.J. KRAMER
                                       FEDERAL PUBLIC DEFENDER

                                       _____/s/_____
                                       EUGENE OHM
                                       Assistant Federal Public Defender
                                       625 Indiana Ave., NW
                                       Suite 550
                                       Washington, DC  20004
                                       (202) 208-7500
                                       eugene_ohm@fd.org

# FEDERAL PUBLIC DEFENDER
### DISTRICT OF DISTRICT COLUMBIA

**625 Indiana Ave. NW.**
**Washington, DC 20004**
**(202) 208-7528**
**FAX  (202) 208-7515**

| | | |
|---|---|---|
| **FEDERAL PUBLIC DEFENDER**<br>A.J. KRAMER | **Appellate Counsel**<br>Lisa Wright<br>Rosanna Taomina<br>Sandra Roland<br>Tony Axam | **ASSISTANT FEDERAL PUBLIC DEFENDERS**<br>CARLOS VANEGAS<br>DANIELLE JAHN<br>DAVID BOS<br>EUGENE OHM<br>MICHELLE PETERSON<br>TONY MILES |

**April 27, 2021**

Nihar Mohanty
Assistant United States Attorney
555 Fourth St. NW
Washington D.C. 20053

      Re:    United States v. Stephen Ayres, 21-cr-156

Dear Mr. Mohanty:

      I am writing you to request a Bill of Particulars as to Counts 1, 2 and 3 in the Indictment, filed February 25, 2021.  A bill of particulars serves to provide a defendant with essential details of the charges against him to ensure that he is adequately "informed of the nature and cause of the accusation" under the Sixth Amendment and can be prepared to meet the charges and avoid surprise.  *See Russel v. United States*, 369 U.S. 749, 763 (1962).

      In Count One, you charge Mr. Ayres with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 USC § 1512 (c)(2) and (2). You allege that Mr. Ayres "corruptly" obstructed, influenced and impeded an official proceeding.  Please proffer the facts from which you have charged Mr. Ayres with an offense that requires proof of corrupt intent.

      In addition, please indicate whether you have charged Mr. Ayres as a principal offender or as an aider and abettor.  If you are charging Mr. Ayres as an aider and abettor, please indicate the individual(s) that you believe Mr. Ayres aided and abetted and the factual basis underlying your theory that Mr. Ayres shared the same intent as that individual.

      In Counts Two and Three, you charge Mr. Ayres with Entering and Remaining in a Restricted Building (Count Two) and Disorderly and Disruptive Conduct in a Restricted Building (Count Three) in a restricted area where the Vice President and Vice President-elect were temporarily visiting.  Please indicate the nature of the violent conduct you are alleging for Mr. Ayres.  Please also indicate the times that the Vice President and Vice President-elect were temporarily visiting and the times that you allege that Mr. Ayres were on Capitol grounds.

      I would appreciate a timely response so that I may file a Motion with the Court under Federal Rule of Criminal Procedure 7(f) if you decline to provide a Bill of Particulars.

      Please let me know if you have any questions.

Best,

Eugene Ohm
Attorney for Stephen Ayres
Assistant Federal Public Defender
Federal Public Defender for the
District of Columbia
625 Indiana Avenue, NW
Washington DC 20004