# EXHIBIT A

Your Honor,

I'd personally like to apologize for my participation on January 6th, 2021, riot at the Capitol Building. At that time, I believed it was my duty to be in Washington D.C. The feeling as though the President of the United States asked me to attend the "Stop the Steal" rally. My intentions were never to march to the Capitol that day. But merely show up to this rally and show support for our President. But that wasn't the case. I did march down to the Capitol Building with my co-defendant Matthew Perna and other attendees that day. I was a peaceful participant and never wished any harm on anyone. But I know my actions that day helped spur on others and were threatening to others by just being there. I personally am ashamed that I was associated with the violence and destruction and I have to live with that for the rest of my life. Not a day goes by that I don't think about my friend Matthew Perna who took his life over all of this. Not a day goes by that I don't think about the young lady who lost her life inside the Capitol that day. Not a day goes by that I don't think about the officers who lost their lives over January 6th. Not a day goes by that I don't pray for all those officers and their family members. Every single day I pray for all of those affected by this. I am sorry to all that I affected in what I did.

I did lose my supervisor position at the company I worked at for 20 years. I had to sell my home because of this. I lost some friends and family over this. Unfortunately, my good friend took his life over all of this. I can't help but live with all that every single day of my life. I fought so hard to get clean from drug addiction. I finally got my life together away from drugs and alcohol. The good lord brought a beautiful woman and her son into my life a little over 5 years ago. Which she just gave birth to a beautify baby boy on March 16th, 2021. I finally got the position I worked so hard for at work. I finally cleared my name up after all these years. Then January 6th happened. I will live with January 6th the rest of my life, every single day. I pray to God I will wake up and not have to think about it. Until then I just pray you see the good person I truly am and take that into consideration when determining your sentence for me.

God Bless.  Thank you for your consideration.

Stephen Ayres.