EXHIBIT B

Your Honor,

I am hand writing this letter because, typed letters are so impersonal, and this matter is very personal to me. I am writing this for Stephen Ayres yet at the same time I am writing this for myself. Your Honor, Stephen Ayres may be just another person on your docket, but to myself and my family he is our everything. The man you have meet and interacted with for the past twenty months is more than just the person you have come to Know. To many he is a father, a son, husband and a god fearing man. Stephen has come into my life and choose to be a father to a son that is not his. He has sacrificed and provided for our family no matter the cost. My husband has never missed a baseball game, soccer tourtament, or Christmas concert. You see your Honor, Stephen has stepped into being a father to his stepson Waylon when his dad abandoned him. Stephen is a role model, mentor, teacher, counselor and much more to our children. During the last twenty months I have stood by my husbands side, not out of obligation but out of love and knowing that his intentions on Jan 6 where not with mal-intent but as a show of support and respect to our nations leader. I have endured every loss during this time just like Stephen. As the months went by slowly we lost his job of almost twenty years, the death of his close friend Matt Perna, and our home. I also slowly watched my husband loose a piece of himself. We have recieved threats in the mail, on social media and have lost many friends and family. I am asking for myself and my family that you not take away my childrens father and my husband as we have endured many losses during this time

Respectfully Yours,
        Hayle Allison Ayres