# EXHIBIT C

Your Honor,

I am Stephen Ayres' mother. First a little bit about myself. I was a single mom at the age of 19 with only a 9th grade education. I was living with my grandparents until my son was two years old and was finally able to get my own apartment in low-income housing. I was working four jobs and was able to get an apartment out of low-income housing. At the age of 10 Steven was a latchkey kid. He was in sports playing football so he would go to practice and come home until I got home. I finally got a better job at the Mercer County Court House and was able to quit my other jobs. At the age of 15 Stephen started hanging out with the wrong crowd and started drinking. I felt like I was losing control. I meet someone and got married in hopes that a father figure would help turn him around. The he was in a car accident. I took him to the doctor because he was having pain in his back and was prescribed oxycodone. The next thing I knew he was addicted to the pain medication. After two years of this I didn't know what else to do. I tried an intervention with family. I went as far as calling the cops on him and had him removed from my home for one night. The next day I told him it had to stop, or I was leaving the apartment and he was on his own. I could not sit back and watch my son destroy his life. He went into work the next day and told his supervisor that he needed help. He was sent to Florida for rehab and was there for a month. When he got home it was wonderful. I had my son back. He had relapsed once and then got his life back on track. He now has a wonderful family a beautiful wife and two beautiful children. I couldn't be prouder of him. To all this my son has always been a gentleman, a good-hearted person who loves his country with all of his heart. He made one mistake after all of these years by walking into the Capitol on January 6th. That is one regret he will live with for the rest of his life. He lost his job of almost twenty years, he lost his home, however he has never lost the love for his country and family. All I ask is that you have mercy on my son.

Respectfully,

Nancy Barretta