# EXHIBIT D

**Re; Stephen Ayres**

Dear Judge Bates,

I have known Steve Ayres since the 4th or 5th grade. We were childhood friends, and have stayed close through Highschool, College, moving away and coming home. He used to babysit my little brother when we were in 8th grade. We still talk fairly regularly despite business of life and kids. I know him very well and have had the opportunity to get to know his wife. He is a dear and lifelong friend.

Things were not always easy for Steve but I have watched him overcome so many struggles that would have consumed others. He was raised by a single mom, not really knowing his dad, finding out later in life he has sisters. I have watched him build a beautiful life he has always wanted these last few years. We may not agree politically but I know he isa good person and wants to provide and protect his family above all else.

Steve is so many things to me and many others. He is loving and goofy and intense and kind. He is the guy that would be there for anyone any time and always has been. Doesn't matter if it has been years or a stranger needing help. He is a hard worker, starting at Kraftmade right after Highschool. He stayed there dedicated for years and worked his way up to management. An achievement he was very proud of, we all were. But not as proud as he is of his little family. He was the kid from a young age that knew he wanted to be a dad. He loves big! Whether it be his wife/kids, mom family or his friends.

When I heard what had happened I immediately reached out and he was honest and remorseful. He asked that I pray for him and I did. Steve has taken this time over the last few years to dedicate himself to his family even more. His son Leo wasn't born yet when everything happened, his wife was working full time and going to school. Since then he has been a stay at home dad to both the boys and they are his life. He continues to try and better himself for his family, finding alternative ways to support them whether it be learning a new trade or caregiving so Haley can finish school.

I have never been more proud of my friend as I am now with how he is and has carried himself through all of this.

I watched the trials when he spoke and I saw genuine remorse for what had happened. I don't think he ever thought things would end that day the way they did that day. I know he regrets it. If he were taken away from his family for any amount of time it would be devastating. He recently sold his home to find something that would accommodate his mom, whom he is very close to, and he is a huge support system to her, his wife and his young sons, Waylon and Leo.

Sincerely,

Erika Michelle Klenke