# EXHIBIT E

August 24, 2022

Your Honor,

    Thank you for taking the time to read this letter. I understand that Mr. Stephen Ayres has entered a guilty plea. I have known Stephen all of my life, he is my first cousin. He would spend summers with us every year as children. He has always been that person that you can turn to when you needed advice or just an ear to talk to. I have tried to get him to move to Florida multiple times, but his work was so important to him, he worked so hard all the time, I couldn't even get him to have a vacation here. Stphen is always the person that will listen and give you his best advice. I have never known him to cause trouble, he is the one that helps you not get in trouble. His family is everything to him, his kids look up to him to be the best father and role model he can be. His wife relies on him to be the best husband and supporter, as every wife should. His kids and wife are his pride of joys, they are everything to him. Stephen has expressed about starting a construction company, he has always been handy, helping my dad in the summers when we were younger by building us a play set and helping my dad build us a little house that we were always in, for many years. I am so excited to see that dream of his come to life, and I know that he will be so successful in that career, his passion will truly shine.

Thank you again for taking the time.

Regards,

Katrina Hickman

*Katrina Hickman*