# EXHIBIT F

September 12, 2022

**Honorable John D Bates**
**United States District Judge**
**33 Constitution Avenue, NW**
**Washington, DC 20001**

Dear Judge Bates:

I am writing this letter because if felt compelled to speak about Stephen Ayres. I met Mr Ayres at a young age of 10 years old when I moved to a new town in Western Pennsylvania. During which time I had the pleasure of getting to know him frequently interacted with his parents, Frank and Nancy. I fact not too long ago we had the opportunity to bring our families together for a small camping trip bringing life full circle and showing our children how friendships can last. 30 years have since past and we are still in contact to this day which can speak to what I feel of his character.

Throughout the time that I have known Stephen, I have formed a very keen opinion of him. He has continuously been the type of person to be there for those around him even when they aren't asking for help. I recall times in grade school when I was living with my single father and wasn't sure where I was going to eat that night but Stephen would recognize my hardship without others knowing and kindly ask me over for dinner and a sleep over.

Another trait that I admire is his consistent of being a determined individual. I recall not too long after high school when he first got his job at Kraftmaid how excited he was. Very early on I thought that was going to be tough work, rather he saw it as his opportunity to put forth his skills for a career with a solid company. I moved away for college and upon returning 6 years later for a visit I see that he was still at the same employer and ultimately moving up in ranks just as he said he would, which did not shock me as I know his intellect and success orientated mindset instilled in him.

Now as mature adults it is a joy to spend time with Stephen and see the photos and almost never-ending videos of him as his son. You can tell there is a great sense of joy and responsibility upon him to raise his child (and step child) to become the best Christians they can and mentoring him through not just words

but actions. Between he and his wife Hayle I am proud to know that our priorities align in such a similar fashion.

Your Honor, in conclusion, I do acknowledge that Stephen has pleaded guilty to the crimes presented before you. I also realize that this has brought many hardships to he and his family. Even now through these trying times he is building back his life by starting his own business and continuing to focus on family which are the priorities closest to his heart. To me this is just another example of who he is as a person and has always been. I hope that the information provided helps you understand what an outstanding individual Stephen really is.

If there is anything further I can provide to you please feel free to reach out at your convenience.

Respectfully,

*Christopher M Friday*

**Christopher M Friday**
Cfriday30126@gmail.com
814-737-2646