# EXHIBIT G

August 16, 2022

Katrina McCullough
259 Boals Road
Cooperstown, PA 16317

Your Honor,

Stephen Ayers is my brother.  We were raised by different mothers, but we are family all the same.  Stephen is a respectful man. He is respectful to his mother, his wife & family, his friends, and he loves his country.  Prior to January 6th, Stephen had been employed with the same company his entire working career, close to twenty years.  He earned his way up the ladder into a management role. He would still be working there had this whole process not taken so long. He is a good man with zero priors on his record.

Stephen did not go to DC as an act of aggression.  We all face moments in our life when doing the right thing, isn't the easy thing.  These are not easy times for our nation. Everything seems to be eroding right before our very eyes, day by day, due to poor leadership and compromised values. My brother is a man among men. He did no harm; he did not participate in any violence. That day has cost him his career, his retirement, and his home.  During this stressful time, Stephen and his wife Hayle welcomed a son into this world, their second. Their circumstances were less than ideal with a baby on the way, but this time of testing and trial, really showed the man that Stephen is. I am so proud of his hands-on approach with his sons. What a blessing, this time actually ended up being for Stephen, as a father, as a man.  He did not choose to be out of work, but his circumstances enabled Stephen the time no working men get with their children, time to bond, time to connect, time to fall in love.

You see Your Honor, Stephen is seven years my junior.  My mom and our father divorced when I was two and Stephen came years later.  He didn't get any of our dad. He grew up not having his father as a strong role model. Which makes driving this point, all the more important. Statistically, you know first-hand what happens in most cases with boys who grow up without their fathers. He chose to do the right things in life. He chose to be committed to an employer, and he chose to commit to a wife and a step-son.

I hope you see fit to give him a lenient sentence.


Respectfully,
Katrina McCullough