# EXHIBIT H

8/22/22

Honorable John D. Bates,
United States District Judge
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Bates,

I am writing this letter in reference to my nephew, Mr. Stephen Ayres on his behalf

Stephen has always been a very loving and caring member of our family and that of his friends and their families.

Stephen was recently married and cares for a step-son and recently had a child of his own. Stephen is involved in church and sports with his family.

I truly believe Stephen would never participate in any future criminal offenses due to the effect this situation has altered his personal life and his 20 years of employment.

I do believe Stephen realizes the significant loss his family and friends have suffered.

Sincerely,

*Mrs. Judith Guerrieri*

Mrs. Linda M. Guerrieri
1832 10th Avenue
Toms River, N.J. 08757