# EXHIBIT I

Your Honor,                                                                August 24, 2022

      My name is Renee Wrights and I am the cousin of Stephen Ayres. For as long as I can remember I have always looked up to him. When we were young kids he would come down to Florida for the summers and we always had the best time, from playing babies/barbies with my sister and I to being a big brother that we never had. He is the most loving and kind individual, and one of the best friends that any one could ask for. Although we arent able to see each other on a regular basis, we talk frequntly and always send pictures and videos back and forth of all of our children. He was a great worker at Kraft Maid for what seemed like forever. He would tell me that while some would only use 1 hand to spray paint cabinets and take breaks from using just 1 hand, he would use 2 and not break at all.

      My oldest daughter was able to meet him for the first time in 2008 when our grandfather died. They had an instant connection, as he didn't have any children at that time. They were completely insperable. Stephen has always been a provider, and a consoler for his wife Hayle and their son Waylon before Leo was born.

      I understand he has entered a guilty plea, but please know that he has never done anything like this before. And he will never do this type of thing again. While under the investagation he has been able to be a stay at home father as Leo was born in March of 2021 and he hasn't missed a day of his "firsts". Learning to walk, talk, wave bye-bye as those are the little milestones that has really kept him at peace with everything else going on around the family.

      I am truly proud of the man my cousin Stephen has become today, he has talked about starting a construction comapany, which he will excel in, being so great with his hands! I am excited for his new career and steps in the right direction for him and his family.

      Thank you for listening,

      Renee Wrights

*Renee Wright* (signature)