# EXHIBIT J

Dear Judge Bates,

   I am writing this letter in regards to Stephen Ayres and how he has been a huge part of my life over the past 25 years.  I can assure you that he is a man of great character and was caught up in a moment that has changed his life forever unfortunately.

   Steve is a family man devoted to his recently born son. He is a hardworking, loving, and caring person.  I have watched him lose his job,  his home,  and his way of life. However, through it all he has managed to remain positive through all of this and hand over his destiny to God.

   I know the anticipation of putting all of this behind has been stressful for him.  He is a law abiding citizen in all other circumstances.  One instance of being in the wrong place at the wrong time has changed his life.

   I can reassure you giving this man another chance at life will be exactly what his soul needs right now to redeem himself from this long nightmare.   I thank you for your time.

Sincerely,
Larry Lisi