# EXHIBIT K

August 14th, 2022

To whom it may concern:

I am writing this letter regarding Stephen Michael Ayres, and the man I've come to know and appreciate. Stephen is the type of man who is willing to step up as a father figure to a child who was not biologically his. A man to teach a little boy how to play ball, manners and shown what a father's love should look like. He has come into our lives with open arms. Not a man to judge a book by its cover, but to get to know a person for who they are. He is a very passionate individual in all he does. If it was work, he would work endless hours at Kraftmaid managing employees and teaching them the trade, a dedicated employee who put in decades of experience. When it comes to his family Stephen has always put them as his first priority. I've always known Stephen to be a godly man and takes his faith very serious. Being an American and his patriotism he holds dear to his heart. A passionate American, and what America stands for is a motto he lives by. An American flag fly's high in his yard on any given day, stemming from his late father who served his country many years ago. A well-educated man that has followed the history and story behind our country and up to date on the devasting issues that has played out in our country recently. I do believe the influence of political figures recently has clouded his perspective on January 6th. Standing up for his country and putting his life in jeopardy for the right of the American people, all because our leader requested that. But to fall short and betrayed by what he thought was a courageous act and standing with the American people. This situation has put a major strain on his family, loosing his job, having to uproot and move his family, and losing his dignity and look down on in his own community. Living in a neighborhood that he thought was safe to being threatened and having to move. Stephen is a man to give you the shirt off your back, a helping hand to whatever the situation maybe with no questions asked but where do you need me and when. Getting to know Stephen has been an absolute privilege. I stand by Stephen Aryes! A loving family man, faithful Christian and a hard-working American. Please take this letter into consideration. Thank you for your time and attention.

Sincerely,

Megan Mayer