# EXHIBIT L

Your honor,

Stephen Ayres is my nephew. He would come to Florida for the summer with me and my family and he is a good person. He is a good law abiding citizen. He's a hard worker and a good family man. He would give you the shirt off his back and help anybody and everybody. He has never been in trouble and just wants to provide for his family. He has lost so much in the last two years I ask you to please have mercy as you make your final decision.

Thank you,

Diana Ayres Wrights